GOLDFINGER v. TAMSEN, Respondent (AMERICAN SURETY CO., Appellant). (Supreme Court, Appellate Division, First Department. February 17, 1899.) Action by Ignatz Goldfinger against Edward J. H. Tamsen. H.

Nathan, for appellant. C. L. Kingsley, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.